UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL NO. 1431 (MJD/SRN) |
| This Document Relates to: | **ORDER** |
| *Carlos Aguirre, et al., v. Bayer Corp., et al.* (Plaintiff Bobby Robinzine only) | Case No. 03-3353 |

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 18, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Bobby Robinzine [Doc. No. 14] is GRANTED; and

2. Plaintiff Bobby Robinzine's action is DISMISSED WITH PREJUDICE.

DATED: **MAY 2 2 2007**, 2007.

*/s/ Michael J. Davis*
Judge Michael J. Davis
United States District Court Judge

SCANNED
MAY 24 2007
U.S. DISTRICT COURT MPLS

1